**Paul STEPTOR, Movant,**

v.

**STATE of Missouri, Respondent.**

No. 64499.

Missouri Court of Appeals, Eastern District, Division One.

March 1, 1994.

Tamara Detloff, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Movant, Paul Steptor, appeals from the denial of his Rule 29.15 motion after an evidentiary hearing. The judgment of conviction sought to be vacated was for assault in the first degree for which movant was sentenced to imprisonment for thirty years.

The judgment of the motion court is based on findings of fact that are not clearly erroneous; no error of law appears. An opinion would have no precedential value.

The judgment of the motion court is affirmed. Rule 84.16(b).